IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanab

Civil Action Number: 02-CV-00806-JLK-MJW (Consolidated with 03-K-01075)

PHILLIP CAMERON, et al.,

Plaintiffs,

v.

GROUP VOYAGERS, INC., d/b/a COSMOS, and DOES 1-50 inclusive,

Defendants and Third-Party Plaintiffs,

v.

FROTA AZUL, a Portugese entity,

Third Party Defendant.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

      It is hereby ORDERED that the Defendant/Third Party Defendant Frota Azul's Motion for Leave to Have It's Representative Attend Settlement Conference by Telephone (docket no. 270) is GRANTED.  Frota Azul's representative and it's insurance representative shall be available by telephone at the settlement conference set on August 3, 2005, at 8:30 a.m. Denver time.

Date:  June 29, 2005