IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 02-CV-00806-JLK-MJW (Consolidated with 03-CV-01075-JLK-MJW)

PHILLIP CAMERON, et al.,

Plaintiffs,

v.

GROUP VOYAGERS, INC., d/b/a COSMOS, and DOES 1-50 inclusive,

Defendants and Third-Party Plaintiffs,

v.

FROTA AZUL, a Portugese entity,

Third Party Defendant.

## ORDER REGARDING DEFENDANT, THIRD PARTY DEFENDANT, FROTA AZUL'S MOTION TO COMPEL FULL AND COMPLETE ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS (DOCKET NO. 279)

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on the Defendant, Third Party Defendant, Frota Azul's Motion to Compel Full and Complete Answers to Interrogatories and Requests for Production of Documents Directed to Plaintiffs (docket no. 279). The court has reviewed the motion, response, and attached exhibits thereto. In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the

2

following findings of fact, conclusions of law, and order.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

**As to Interrogatory No. 1: Background Information:** The court finds that Plaintiffs Sean Lim and Hoh An Moy have both not answered this interrogatory. Plaintiffs Percy Wijenayake, HSBC Trust on Behalf of Rona Herbert, and Estate of Donald Keith Steel have not provide information concerning education background as requested within interrogatory no. 1.

**As to Interrogatory No. 5: Recovery:** The court finds that all Plaintiffs have not fully answered interrogatory no. 5.

**As to Interrogatory No. 9: Employment Information and Tax Returns**: The court finds that Plaintiffs Kanthi Wijenayake, Percy Wijenayake, Roya Khordsal-Yeganeh, Viktorija Herodez, Maree Castellan, Peter Castellan, Michelle Hornbuckle, Jim Kaloumeris, Maria Kaloumeris, Ariyasena Wilmalasuria, Philip Cameron, Yurika Cameron, Peter Castellan, Iranganie Wimalasuriya, James Allee, Senior, Donald Steel, Carol Steel, and Georgina Goodwin have not fully answered interrogatory no. 9  as it relates to wage losses being claimed by each Plaintiff.  That with respect to salary information requested in interrogatory no. 9, the court finds that Plaintiffs Annie Hornbuckle, Roya Khordsal-Yeganeh, Kanthi Wijensayake, James Allee, Jr., Catherine Ford, Michelle Hornbuckle, Yurika Cameron, Viktorija Herodez, Hoh An Moy, Lila Della Maggioria, Sean Lim, Carol Steel, Peter Castellan, and Phillip Cameron have not fully answered interrogatory no. 9.

**As to Interrogatory No. 10: Occupational, Social, or Other Activities**: The court finds that all Plaintiffs have not provided responses for the requested time periods for which Plaintiffs were allegedly unable to perform the above activities in their responses to interrogatory no. 10.  Moreover, the following Plaintiffs have failed to list anyone with knowledge of their inability to perform the above activities.  They are Plaintiffs Sean Lim, Hoh An Moy, Catherine Ford, Carole Ann Steel, Kanthi Wijenayake, Roya Khordsal-Yeganeh, Georgina Goodwin, and Michelle Hornbuckle.  Furthermore, the following Plaintiffs did list individuals who had knowledge of their inability to perform the above activities but failed to provide addresses for these individuals with knowledge.  These Plaintiffs are Percy Wijenayake, James Allee, Jr., James Allee, Senior, Maree Castellan, Peter Castellan, Annie Hornbuckle, Jim Kaloumeris, Maria Kaloumeris, Elizabeth Lawson Keeys, Lila Della Maggiora, Angelo Della Maggiora, Ariyassena Wilmalasuria, Iranganie Wilmalasuryia, Phillip Cameron, and Yurika Cameron.

**As to Interrogatory No. 11: Salary Information**: The court finds that all Plaintiffs except Plaintiffs Hoh An Moy and Sean Lim have not fully responded to interrogatory no. 11.

**As to Interrogatory No. 12: Lost Wages, Loss of Future Earnings, or Impairment of Earning Power**: The court finds that the following Plaintiffs have not fully responded to the interrogatory no. 12.  They are Michelle Hornbuckle, Maree Castellan, Yurika Cameron, Hoh An Moy, Sean Lim, Carol Steel, and Phillip Cameron.

**As to Interrogatory No. 13: Insurance:**  The court finds that the responses to

interrogatory no. 13 by the following Plaintiffs are incomplete.  They are Roya
Khordsal-Yeganeh, Kanthi Wijenayake, Percy Wijenayake, Catherine Ford, Yurika
Cameron, Hoh An Moy, James Allee, Senior, Sean Lim, Ariyasena Wimalasuriya,
Iranaganie Wimalasuriya, Elizabeth Lawson Keeys, Phillip Cameron, Lila Della
Maggoioria, Angelo Della Maggoioria, Carole Steel on behalf of Plaintiff Donald Steel,
and Carol Steel.

**As to Request for Production No. 6:** The court finds that Plaintiffs Kanthi
Wijenayake, Percy Wijenayake, Roya Khordsal-Yeganeh, Viktorija Herodez, Maree
Castellan, Peter Castellan, Michaelle Hornbuckle, Jim Kaloumeris, Maria Kaloumeris,
Ariyasena Wilmalasuria, Phillip Cameron, and Yurika Cameron have not provided
documentation with respect to their wage loss claims and damages.  The response by
Plaintiffs to Request for Production No. 6 to have Defendant Frota Azul rely upon the
information provided by Jeffrey B. Opp, Caulson & Opp Associates is insufficient and
does not fully respond to Request for Production No. 6.

**As to Request for Production No. 10:** The court finds that the following
Plaintiffs have failed to fully respond to Request for Production No. 10.  They are
Plaintiffs Kanthi Wijenayake, Percy Wijenayake, Roya Khordsal-Yeganeh, Viktorija
Herodez, Marcee Castellon, Michelle Hornbuckle, Jim Kaloumeris, Maria Kaloumeris,
Ariyasena Wilmalasuria, Phillip Carmeron, Yurika Cameron, Peter Castellan, Iranganie
Wimalasuriya, James Allee, Senior, Donald Steel, Carol Steel, and Georgina Goodwin.

### ORDER

Accordingly, based upon these findings of fact and conclusions of law, this court

5

**ORDERS:**

1.   That Defendant, Third Party Defendant, Frota Azul's Motion to
     Compel Full and Complete Answers to Interrogatories and
     Requests for Production of Documents Directed to Plaintiffs
     (docket no. 279) is **GRANTED.**  The Plaintiffs shall provide full and
     complete responses to interrogatories 1, 5, 9, 10, 11, 12, and 13 as
     outlined in detail above and shall provide documents as listed
     above.  Such responses to interrogatories and production of
     documents shall be provided to Defendant Frota Azul on or **before**
     **August 19, 2005.**

2.   That each party shall pay their own attorney fees and costs for this
     motion.

     Done this 25th day of July, 2005.

                              BY THE COURT

                              S/Michael J. Watanabe

                              Michael J. Watanabe
                              U.S. Magistrate Judge