IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-00806-JLK-MJW (consolidated with 03-cv-01075-JLK)**

**PHILLIP CAMERON and YURIKA CAMERON, et al.**,

       Plaintiffs,

v.

**GROUP VOYAGERS, INC., d/b/a COSMOS, and DOES 1-50 inclusive**,

       Defendants and Third-Party Plaintiffs,

v.

**FROTA AZUL, a Portugese entity,**

       Third-Party Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Motion for Leave to File a Supplemental Brief in Support of its Motion for Summary Judgment as to the Claims Asserted by Group Voyages by Defendant/Third Party Defendant Frota Azul.(doc. #265), filed June 10, 2005, is **GRANTED.** The Supplemental Brief is accepted as filed.

Dated: July 29, 2005