IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 02-CV-00806-JLK-MJW (Consolidated with 03-CV-01075-JLK-MJW)

PHILLIP CAMERON, et al.,

Plaintiffs,

v.

GROUP VOYAGERS, INC., d/b/a COSMOS, and DOES 1-50 inclusive,

Defendants and Third-Party Plaintiffs,

v.

FROTA AZUL, a Portugese entity,

Third Party Defendant.

MINUTE ORDER
**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Plaintiffs' Motion for Extension of Time to Provide Translation of Documents (docket no. 315) is GRANTED as follows.  The deadline for Plaintiffs to provide translation of documents to the Defendants is extended to August 24, 2005.  This court is not inclined to allow any further continuances of this deadline.

Date:  August 2, 2005