IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-00806-JLK-MJW (consolidated with 03-cv-01075-JLK)**

**PHILLIP CAMERON and YURIKA CAMERON, et al.**,

      Plaintiffs,

v.

**GROUP VOYAGERS, INC., d/b/a COSMOS, and DOES 1-50 inclusive**,

      Defendants and Third-Party Plaintiffs,

v.

**FROTA AZUL, a Portugese entity,**

      Third-Party Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion for Leave to File a Supplemental Response in Opposition to Group Voyager Inc.'s Motion for Summary Judgment, (doc. #326), filed August 17, 2005, is **GRANTED.** The Supplemental Response is accepted as filed.

Dated:  August 23, 2005