IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action Number: 02-CV-00806-JLK-MJW (Consolidated with 03-K-01075)

PHILLIP CAMERON, et al.,

Plaintiffs,

v.

GROUP VOYAGERS, INC., d/b/a COSMOS, and DOES 1-50 inclusive,

Defendants and Third-Party Plaintiffs,

v.

FROTA AZUL, a Portugese entity,

Third Party Defendant.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

      It is hereby ORDERED that the Defendant/Third Party Defendant Frota Azul's Motion for Leave to Change Time of September 15, 2005 Mediation (docket no. 335) is DENIED. This court has a number of other cases set for hearing during the morning hours of September 15, 2005, and is therefore unable to change the start time for the settlement conference.

Date: September 6, 2005