IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-00806-JLK-MJW (consolidated with 03-cv-01075-JLK)**

**PHILLIP CAMERON and YURIKA CAMERON, et al.**,

    Plaintiffs,

v.

**GROUP VOYAGERS, INC., d/b/a COSMOS, and DOES 1-50 inclusive**,

    Defendants and Third-Party Plaintiffs,

v.

**FROTA AZUL, a Portugese entity,**

    Third-Party Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Upon careful review of Frota Azul's Motion for Reconsideration of the August 23, 2005 Order denying its Motion for Summary Judgment on Indemnification issues (Doc. 230), the Motion for Reconsideration is GRANTED and the denial of the Motion for Summary Judgment is both REITERATED and CLARIFIED as follows:

1. As set forth in the August 23 Order, fact issues preclude entry of summary judgment in favor of Frota Azul on its defense that GVI is not an "associated" company of Tourama/Cosmos under the Frota Azul-Tourama Coach Contractor Agreement.

2. Fact issues also preclude entry of summary judgment in favor of Frota Azul on its alternative argument that, even if the Agreement were presumed to inure to the benefit of GVI, Frota Azul would have no duty to provide a defense or to indemnify GVI for its attorney fees under the terms of the Agreement.

3. Frota Azul's request for summary judgment on indemnification claims "related solely to the negligence of [GVI]," while not objectionable in theory, is premature in that it seeks an

advisory ruling based on facts that may or may not ultimately be established. It may be that the precise scope and amount of Frota Azul's indemnification obligations to GVI, if any, is better left to post-trial proceedings after liability issues have been determined.

---

Dated: September 14, 2005