IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **02-cv-00806-JLK-MJW (consolidated with 03-cv-01075-JLK-MJW)**

**PHILLIP CAMERON and YURIKA CAMERON, et al.**,

      Plaintiffs,

v.

**GROUP VOYAGERS, INC., d/b/a COSMOS, and DOES 1-50 inclusive**,

      Defendants and Third-Party Plaintiffs,

v.

**FROTA AZUL, a Portugese entity,**

      Third-Party Defendant.

## ORDER OF DISMISSAL

Kane, J.

The Stipulated Motion for Dismissal With Prejudice (doc. #363), filed February 1, 2006, is **GRANTED.** It is,

**ORDERED** that this case, in its entirety, is **DISMISSED WITH PREJUDICE**, the parties to pay their own costs and attorney fees.

Dated:  February 2, 2006

                                          BY THE COURT:

                                          S/**John L. Kane**
                                          Senior Judge, United States District Court